AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JUSTIN J. WRIGHT<br><br>*Defendant(s)* | Case No.<br>3:25mj261/ZCB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 1 - June 1, 2024__ in the county of __Escambia__ in the __Northern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2261A(1)(A) | -Stalking |
| 18 U.S.C. 1951(a) | -Attempted Interference with Commerce by Threats or Violence |
| 18 U.S.C. 844(h)(1) | -Use of Fire to Commit a Felony |

This criminal complaint is based on these facts:

See attached affidavit, which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

FBI Special Agent Jonathan Quick
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/18/2025

_____
Judge's signature

City and state: Pensacola, Florida

Zachary C. Bolitho, U.S. Magistrate Judge
*Printed name and title*

RCVD USDC FLND PN
JUL 18 '25 PM 12:29