IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

JUSTIN J. WRIGHT
_____/

INDICTMENT

3:25-cr-137/MCR

THE GRAND JURY CHARGES:

## COUNT ONE

Between on or about March 1, 2024, and on or about June 1, 2024, in the Northern District of Florida and elsewhere, the defendant,

**JUSTIN J. WRIGHT,**

with the intent to kill, injure, harass, intimidate, and place under surveillance with the intent to kill, injure, harass, and intimidate another person, that is, the Clerk of Court and Comptroller of Escambia County, Florida, did travel in interstate commerce, and in the course of, and as a result of, such travel, engaged in conduct that placed that person in reasonable fear of the death of, and serious bodily injury to, that person, an immediate family member of that person, and a spouse and intimate partner of that person.

In violation of Title 18, United States Code, Sections 2261A(1)(A) and 2261(b).

FILED USDC FLND PN
AUG 19 '25 PM4:32

Returned in open court pursuant to Rule 6(f)

Date: 08 19 2025

United States Magistrate Judge

## COUNT TWO

Between on or about March 1, 2024, and on or about June 1, 2024, in the Northern District of Florida and elsewhere, the defendant,

## JUSTIN J. WRIGHT,

did knowingly attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by extortion, and commit and threaten physical violence to a person and property in furtherance of a plan and purpose to commit such extortion, in that the defendant did knowingly attempt to take and obtain United States currency and funds from the control of the Clerk of Court and Comptroller of Escambia County, Florida, against the will of that person, by means of actual and threatened force, violence, and fear of injury to that person.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT THREE

On or about June 1, 2024, in the Northern District of Florida and elsewhere, the defendant,

## JUSTIN J. WRIGHT,

did knowingly use fire to commit stalking, as charged in Count One of this Indictment, and attempted interference with commerce by threats and violence, as charged in Count Two of this Indictment, which is a felony prosecutable in a court of the United States.

In violation of Title 18, United States Code, Section 844(h)(1).

## CRIMINAL FORFEITURE

The allegations contained in Count Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461.  From his engagement in the violation alleged in Count Two of this Indictment, the defendant,

**JUSTIN J. WRIGHT,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, all of his interest in:

A. Any property, real or personal, used, or intended to be used, to commit or promote the commission of the offense alleged in Count Two of this Indictment.

B. The property referenced in subparagraph A above includes, but is not limited to, an Apple iPhone 16, IMEI: 356330874865091.  Other forfeitable property can include computer hardware such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, and hard disk drives or units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the hardware and software mentioned above, tools,

equipment, and manuals and documentation for the assembly and use of the hardware and software mentioned above.

If, as the result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

    i.    cannot be located upon the exercise of due diligence;

    ii.    has been transferred or sold to, or deposited with, a third person;

    iii.    has been placed beyond the jurisdiction of the Court;

    iv.    has been substantially diminished in value; or

    v.    has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of any forfeitable property described above.

A TRUE BILL:

_____
JOHN P. HEEKIN
United States Attorney

FOREPERSON

_____
DAVID L. GOLDBERG
Assistant United States Attorney

DATE  8/19/25

4